PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Mindy Rublowitz**

Docket No. **12-02547-2**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Wendy H. Lonsdorf** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Mindy Rublowitz**, who was placed under pretrial release supervision by the **Honorable Douglas Arpert** sitting in the Court at Trenton, New Jersey, on July 16, 2012, under the following conditions:

1. $100,000 unsecured appearance bond co-signed her sister, Linda Tendler;
2. Reporting to Pretrial Services as directed;
3. Travel restricted to New Jersey and South Carolina unless approved in advance by Pretrial Services;
3. Drug testing/treatment as directed by Pretrial Services;
4. Maintain residence approved by Pretrial Services;
5. Refrain from use of unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner;
6. Surrender passports and travel documents to Pretrial Services  Do not apply for any passports.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **travel be extended to include New York**.

ORDER OF COURT

Considered and ordered this _____29th_____ day of ___April___, _____ and ordered filed and made a part of the records in the above case.

_____
Honorable Douglas Arpert
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 29, 2014___

_____
Wendy H. Lonsdorf
U.S. Pretrial Services Officer